FILED

07 OCT 31 PM 4:46

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07 CR 2973 H |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JUAN CARLOS FAJARDO-HERNANDEZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about August 7, 2007, within the Southern District of California, defendant JUAN CARLOS FAJARDO-HERNANDEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

DDL:fer:San Diego
10/29/07

1  It is further alleged that defendant JUAN CARLOS
2  FAJARDO-HERNANDEZ, was removed from the United States subsequent to
3  December 13, 2004.
4  DATED: October 31, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

2