```
                                    FILED

                                  07 OCT 31 PM 4:46

                                  [CLERK U.S. DISTRICT
                                   SOUTHERN DISTRICT OF CAL...]

                               BY:               DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2973-H |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JUAN CARLOS FAJARDO-HERNANDEZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Juan Carlos Fajardo-Hernandez</u>, Criminal Case No. 07CR2469-H.

DATED: October 31, 2007.

KAREN P. HEWITT
United States Attorney

/s/ David Leshner

DAVID D. LESHNER
Assistant U.S. Attorney