1  KAREN P. HEWITT
United States Attorney
2  PAUL L. STARITA
Assistant U.S. Attorney
3  California State Bar No. 219573
United States Attorney's Office
4  880 Front Street, Room 6293
San Diego, California 92101-8893
5  Telephone: (619) 557-6507/(619) 235-2757 (Fax)
Email: paul.starita@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2973-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| JUAN CARLOS FAJARDO-HERNANDEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None.

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> |
| 2 | receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. |
| 3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association): |

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: November 6, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/Paul L. Starita*

_____
PAUL L. STARITA
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: paul.starita@usdoj.gov

Notice of Appearance
United States v. Fajardo-Hernandez     2     07cr2973-H

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2973-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JUAN CARLOS FAJARDO-HERNANDEZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, PAUL L. STARITA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

John R. Fielding, Jr. Attorney for Defendant Juan Carlos Fajardo Hernandez
Jfieldingattyatlaw@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2007.

                                    */s/ Paul L. Starita*
                                    PAUL L. STARITA