JOHN R. FIELDING, JR.,
California Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 233-0467
jfieldingattyatlaw@yahoo.com

Attorney for Defendant:
FAJARDO-HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:07-cr-02973-H |
| Plaintiff, | ) **NOTICE OF MOTION AND MOTION TO DISMISS INDICTMENT** |
| vs. | ) |
| JUAN CARLOS FAJARDO-HERNANDEZ, | ) DATE:  April 21, 2008 |
| | ) TIME:  2:00 p.m. |
| Defendant. | ) |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY AND PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 21, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Juan Carlos FAJARDO-HERNANDEZ ("Mr. Fajardo-Hernandez"), by and through his counsel, John R. Fielding, Jr., will and hereby does ask this Court to enter an order granting the motion listed below.

## MOTION

Mr. Fajardo-Hernandez, pursuant to United States Constitution and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) DISMISS THE INDICTMENT

This motion is based upon the instant motion and notice of motions, the attached memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Dated: April 14, 2008                                        Respectfully submitted,

                   */s/ John Fielding*

                   John R. Fielding, Jr.
                   Attorney for Defendant
                   jfieldingattyatlaw@yahoo.com