# EXHIBIT 1

## "Order of the Immigration Judge"



U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
446 ALTA ROAD
SAN DIEGO, CA  92158

In the Matter of:                    Case No.: A90-825-759
FAJARDO, JUAN CARLOS HERNANDEZ

                                     IN REMOVAL PROCEEDINGS
RESPONDENT

              ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the
respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States
to MEXICO on the charge(s) contained in the Notice to
Appear.

If you fail to appear for removal at the time and place ordered by the INS,
other than because of exceptional circumstances beyond your control (such as
serious illness of the alien or death of an immediate relative of the alien,
but not including less compelling circumstances), you will not be eligible
for the following forms of relief for a period of ten (10) years after the date
you were required to appear for removal:

   (1)  Voluntary departure as provided for in section 240B of the
        Immigration and Nationality Act;
   (2)  Cancellation of removal as provided for in section 240A of the
        Immigration and Nationality Act; and
   (3)  Adjustment of status or change of status as provided for in section
        245, 248 or 249 of the Immigration and Nationality Act.

                        _____
                        ROBERT J. BARRETT
                        Immigration Judge
                        Date:  Oct 21, 2002

Appeal  WAIVED  (A/I/B)
Appeal Due By:  Nov 20, 2002

              CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)  PERSONAL SERVICE (P)
TO:  [X] ALIEN/[ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [X] INS
DATE:  _____10/21/02_____  BY: COURT STAFF  _____
      Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Form EOIR 7 - 4T (REMOVAL Order)
GOT

73

# EXHIBIT 2

## "Certified Copy of the Transcript of Court Hearing"

Re:   People v. Juan Carlos Hernandez Fajardo
Case No. A90-825759

# TRANSCRIPT OF COURT HEARING

## DATED _____

| | |
|---|---|
| Court | Next is A90, 825759, Juan Carlos Hernandez Fajardo.   Is that your true name, sir? |
| Fajardo | Yes it is. |
| Court | You speak English well, don't   you? |
| Fajardo | Yes I do. |
| Court | You understand about your right to a lawyer? |
| Fajardo | Yes I do. |
| Court | Do you want to get a lawyer? |
| Fajardo | No I don't. |
| Court | Are you an immigrant? |
| Fajardo | I got my resident alien card. |
| Court | Did you hear what I said to Mr. Mario who is also an immigrant about not going ahead with this case but looking, looking for a lawyer? |
| Fajardo | No, I don't. |
| Keller | He's not interested in getting a lawyer. |
| Court | All right sir, we'll try to finish your case today, Mr. Fajardo.   Your notice to appear is gonna be Exhibit A for the record.   The officer's right on that sir that you were, first came to the United States in 1978, crossing the border without an inspection.   Is that true? |
| Fajardo | Yes it is. |
| Court | The officers further write that you became a lawful permanent resident under Amnesty Section 245A on May 9, 1989.   Is that |

| | | |
|---|---|---|
| 1 | | true? |
| | Fajardo | Yes. |
| 2 | Court | And further that you were convicted on July 22, 2002 in Superior |
| 3 | | Court for violating a   protective order under section 273.6(a) of |
| 4 | | the California Penal Code.   Is that true? |
| 5 | Fajardo | Yes. |
| 6 | Court | The officers charged, sir, that you are an alien who has, after his |
| 7 | | admission to the United States as an immigrant, been convicted |
| 8 | | of a crime of violence or harassment or bodily injury against a |
| 9 | | person or persons for whom a protective order was issued.   You |
| 10 | | understand this charge? |
| 11 | Fajardo | Yes sir. |
| 12 | Court | You think it's true in your case, sir? |
| 13 | Fajardo | Yes sir. |
| 14 | Court | What sentence did you get for that? |
| 15 | Fajardo | I did sixty days county jail. |
| 16 | Court | Who was the victim? |
| 17 | Fajardo | It's a ex-girlfriend, the one that had my kids with me. |
| 18 | Court | So in other words, you've been charged with the ground of deport |
| 19 | | ability of domestic violence.   Do you understand what that charge |
| 20 | | is? |
| 21 | Fajardo | Yes sir. |
| 22 | Court | You think that charge is true in your case? |
| 23 | Fajardo | Yes sir. |
| 24 | Court | Now tell me this sir.   In what country have you been living since |
| 25 | | you became an immigrant? |
| 26 | Fajardo | In the US. |
| 27 | Court | In your defense sir, have you any witnesses, papers or |
| 28 | | documents to present now or tell me about or have you anything |

| | | that you want to say in your defense? |
|---|---|---|
| 1 | Fajardo | No I don't sir. |
| 2 | Court | What relatives have you sir, who were ever Americans or |
| 3 | | immigrants? |
| 4 | Fajardo | I have my sister, sh–, my brothers, my dad, cousins, aunts, |
| 5 | | uncles. |
| 6 | Court | Any others? |
| 7 | Fajardo | No, that's it.   My daughters. |
| 8 | Court | Mr. Keller, anything further? |
| 9 | Keller | No Your Honor. |
| 10 | Court | Now Mr. Fajardo, it seems to me that you are deportable on this |
| 11 | | domestic violence charge of deport ability, but you could apply for |
| 12 | | this cancellation of proceedings as a long-time immigrant.   I |
| 13 | | explained all of that to Mr. Mario.   You, did you hear that |
| 14 | | explanation? |
| 15 | Fajardo | Yes I did sir. |
| 16 | Court | Any questions about that? |
| 17 | Fajardo | No sir. |
| 18 | Court | Do you want to apply? |
| 19 | Fajardo | No I don't. |
| 20 | Court | Remember, if you don't apply now, if your chance to apply |
| 21 | | expires, you can't apply later.   Is, do you understand? |
| 22 | Fajardo | Yes sir. |
| 23 | Court | Do you want to apply? |
| 24 | Fajardo | No I don't sir. |
| 25 | Court | You're going to accept deportation back to Mexico, is that correct |
| 26 | | sir? |
| 27 | Fajardo | Yes sir. |
| 28 | Court | All right sir, thank you very much.   Return to your seat please. |

[End of hearing]

1:\FIELDING\Fajardo.hrg-final

PROOFREADER'S CERTIFICATE

Re:  People v. Juan Carlos Hernandez Fajardo
Case No. A90-825759

## TRANSCRIPT OF COURT HEARING

### DATED _____

I, Karen Potter, an employee of PRO TEM LEGAL SERVICES, certify that on April 10, 2008, I proofread all of the transcript of the above-referenced cassette tape, while listening to the tape from which same was transcribed, and that said transcript, as typed, accurately reflects the spoken word, to the best of my ability to hear those recorded words and identify the various persons speaking.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of April 2008, at San Diego, California

4

# EXHIBIT 3

## "Notice to Appear"

Department of Justice
Immigration and Naturalization Service

Notice to Appear

**In removal proceedings under section 240 of the Immigration and Naturalization Act**

File No:    **A 90 825 759**

In the Matter of:

Respondent:  **FAJARDO, JUAN CARLOS HERNANDEZ** _____    currently residing at:

United States Immigration and Naturalization Service
880 Front Street, San Diego, California 92101
(Number, street, city, state and ZIP code)                                                                   (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons states below.

The Service alleges that you:

4. You are not a citizen or national of the United States;
5. You are a native of MEXICO and a citizen of MEXICO ;
6. You entered the United States at or near      **San Ysidro, California**      on or about      **an uknown date in 1978;**

7. You were not then admitted or paroled after inspection by an Immigration Officer.

8. You were admitted to the United States at the time you were adjusted to the status of an alien lawfully admitted for permanent residence on May 9, 1989 under section 245A of the Immigration and Nationality Act, as amended.

9. On July 22, 2002 you were convicted in the Superior Court of California, County of San Diego, for the offense of Violation of Protective Order, in violation of Section 273.6(a) of the California Penal Code.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(E)(ii) of the Immigration and Nationality Act (Act), as amended, in that you are an alien who at any time after entry has been enjoined under a protection order and has been determined to have engaged in conduct in violation of that order that involves protection against credible threats of violence, repeated harassment, or bodily injury to the person or persons for whom the protection order was issued.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice   _To be calendared and notice_
_provided by the Office of the Immigration Judge.  Notice will be mailed to the address provided by the respondent_

(Complete Address of Immigration Court, including Room Number, if any)

on _____ at _____ to show why you should not be removed from the United States based on the
      (Date)                              (Time)

charge(s) set forth above.

_____  Assistant District Director, Investigations
                              (Signature and Title of Issuing Officer)

Date:   October 09, 2002     _____    San Diego, California
                                                                              (City and State)

See reverse for important information                                           Form I-862 (Rev. 4-1-97)

74

# EXHIBIT 4
## "Form-I831"

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form    I213

| Alien's Name<br>**FAJARDO-HERNANDEZ, Juan Carlos** | File Number<br>A090825759<br>Event No: SND0704000349 | Date<br>04/11/2007 |
|---|---|---|

Nationality:UNITED STATES, SAHAGUN, Maria Del Carmen
4922 LUNA DR.
OCEANSIDE, CALIFORNIA, 92057,

RECORDS CHECKED
-----------------
CIS Pos
DACS Pos
IAFIS Pos
NCIC Pos


Record of Deportable/Excludable Alien:
San Diego Sheriff Booking Number: 7726192
San Diego Sheriff Booking Name: FAJARDO, Carlos Hernandez
FBI: 707089XA3
CII: CA10995220
FINS: 12374195

METHOD OF LOCATION/APPREHENSION

SUBJECT was released to ICE custody on April 11, 2007 pursuant to an Immigration Detainer
lodged at the San Diego County Vista Jail by Deportation Officer J. Robles.

ALIENAGE AND DEPORTABILITY/INADMISSIBILITY

SUBJECT is a male native and citizen of Mexico by virtue of birth in Mexico.  Subject claims
to have last entered the United States at a point not designated by the Attorney General at
or near Nogales, Arizona on or about May 15, 2006, without admission or parole after
inspection by an Immigration Officer.

SUBJECT freely admits to not having lawful authorization with which to enter, work or reside
in the United States of America.

CRIMINAL HISTORY

Subject was arrested by the Oceanside Police Department on April 08, 2007 for the following
charges:

1. 273.5(A) PC-INF CORP INJ: SPOUSE/COHAB

Disposition:  Charges Dismissed

PRIOR CRIMINAL HISTORY
1. 1995-71 PC-THREATEN SCHOOL/PUBLIC OFFICER/EMPLOYEE-36 MONTH PROBATION
2. 1999-PROBATION REINSTATED 123 DAYS JAIL
3. 02/10/2002-417(A) PC-EXHIBIT DEADLY WEAPON: NOT FIREARM-3 YR. PROB./30 DAYS JAIL
4. 07/22/2002-273.6(A) PC- VIO CRT ORD TO PREVENT DOMESTC VIO-3 YRS. PROB./30 DS JL

IMMIGRATION HISTORY
Subject was ordered deported on October 21, 2002 and was removed on the November 14, 2005,
after serving his sentence at Calipatria State Prison. ...(CONTINUED ON NEXT PAGE)

| Signature<br><br>ANTHONY MARTINEZ | Title<br><br>IMMIGRATION ENFORCEMENT OFFICER |
|---|---|

Form I-831 Continuation Page (Rev. 6/12/92)

4

# EXHIBIT 5

## "Removal Verification Form"

To be completed by Service officer executing the warrant:
Name of alien being removed:

Fajardo-Hernandez, Juan Carlos, 90 825 759

Port, date, and manner of removal: _OTM POE, 10/24/02, AFOOT_



Photograph of alien
removed



Right index fingerprint
of alien removed

X _____
(Signature of alien being fingerprinted)

_V.P.  V. Parra    DEO #015_
(Signature and title of INS official taking print)

Departure witnessed by: _____
L. QUIRANTE
DEO  023
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of INS official)

# EXHIBIT 6

## "Reinstatements of October 21, 2002, Removal Orders"

**U.S. Department of Justice**

Immigration and Naturalization Service

## Notice of Intent/Decision to Reinstate Prior Order

FIN #: 12374195

File No. A090 825 759

Event No: SND0704000349

Date: April 11, 2007

Name: Juan Carlos FAJARDO-HERNANDEZ AKA: FAJARDO,CARLOS HERNANDEZ; CARLOS,JUAN FAJARDO; HERNANDEZ,JUAN CARLOS

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Attorney General intends to reinstate the order of _____**Removal**_____ entered against you. This intent is based on the following determinations:

(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ____**October 21, 2002**____ at
   __**San Diego, California**__
   (Location)          (Date)

2. You have been identified as an alien who:

   ☒ was removed on ____**November 14, 2005**____ pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ____**May 15, 2006**____ at or near **Nogales, Arizona**
   (Date)                    (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* ___**SPANISH**___ *language.*

_____**ANTHONY MARTINEZ**_____          _____
(Printed or typed name of official)          (Signature of officer)

**IMMIGRATION ENFORCEMENT OFFICER**
(Title of officer)

---

### Acknowledgment and Response

I ☐ do / ☒ do not wish to make a statement contesting this determination.          _____
__4/11/07__                                                         (Signature of Alien)
(Date)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

__April 11, 2007__          __SAN DIEGO, CALIFORNIA__          _____
(Date)                    (Location)              (Signature of authorized deciding INS official)

**PAUL A. GARCIA**                              **SUPERVISORY DEPORTATION OFFICER**
(Printed or typed name of official)                    (Title)

45

Form I-871 (Rev. 6-5-97)

**U.S. Department of Justice**
Immigration and Naturalization Service

## Notice of Intent/Decision to Reinstate Prior Order

| | |
|---|---|
| File No: | A90 825 759 |
| Date: | June 2, 2004 |

Name:: Juan Carlos Fajjardo-Hernandez

In accordance with Section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR §241.8, you are hereby notified that the Attorney General intends to reinstate the order of _____ Removal _____ entered against you. This is based on the following determinations:

1.   You are an alien subject to a previous order of deportation/exclusion/removal entered on ____ October 21, 2002 ____ at
     ____ San Diego, CA ____ .
            (Location)                                                      (Date)

2.   You have been identified as an alien who:

     ☒ was removed on ____ July 28, 2003 ____ pursuant to an order of deportation /exclusion/removal.
                              (Date)

     ☐ departed voluntarily on _____ pursuant to an order deportation/exclusion/removal on or
                                      (Date)
         after the date on which such order took effect (i.e., who self-deported).

3.   You illegally reentered the United States on or about _December 10, 2003_ at or near ____ Otay Mesa, CA ____
                                                                  (Date)                                    (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of deportation, exclusion, or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination ,and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* ____ English ____ *language.*

____ J.Robles ____                                      _____
(Printed or typed name of official)                       (Signature of Officer)

                                                      Deportation Officer
                                                        (Title of officer)

### Acknowledgment and Response

I ☐ do ☒ do not wish to make a statement contesting the determination.

____ '0-7-04 ____                          X _____  Juan Carlos Fajjardo-Hernandez
      (Date)                                                 (Signature of Alien)

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order in accordance with Section 241 (a)(5) of the Act.

____ 06/03/04 ____          ____ SND ____              _____
      (Date)                  (Location)                (Signature of authorized deciding INS official)

____ Nora Antunez ____                              Section Chief/DRO/SND/ICE
(Printed or typed name of official)                        (Title)

Form I-871 (Rev. 6-5-97) SD

65

U. S. Department of Justice
Immigration and Naturalization Service

# Notice of Intent/Decision to Reinstate Prior Order

File No. **A090 825 759**
Case No: **SND0411000655**
Date: **November 28, 2003**

Name: **Juan Carlos Hernandez FAJARDO**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of ___**Removal**___ entered against you. This intent is based on
(Deportation / exclusion / removal)
the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __**October 21, 2002**__ at
(Date)
__**San Diego, CA**__ .
(Location)

2. You have been identified as an alien who:

   ☒ was removed on __**July 28, 2003**__ pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about __**November 24, 2003**__ at or near __**Otay Mesa, California**__
(Date)                                                      (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* __**SPANISH**__ *language.*

**DAVID B. WHITACRE**
(Printed or typed name of official)                    (Signature of officer)

**SPECIAL AGENT**
(Title of officer)

## Acknowledgment and Response

I ☐ do ☒ do not wish to make a statement contesting this determination.

__11/28/03__
(Date)                                                        (Signature of Alien)

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**November 28, 2003**          **SAN DIEGO, CA**
(Date)                        (Location)                   (Signature of authorized deciding INS official)

**ALMA R. GOSS**                                           **ASSISTANT SPECIAL AGENT IN CHARGE**
(Printed or typed name of official)                        (Title)

59

Form I-871 (Rev. 6-5-97)

U. S. Department of Justice
Immigration and Naturalization Service

## Notice of Intent/Decision to Reinstate Prior Order

File No. **A090 025 758**
Case No: **SND0303000162**
Date: **May 6, 2003**

Name: **Juan Carlos Hernandez FAJARDO AKA: FAJARDO HERNANDEZ, JUAN CARLOS**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of _____**Removal**_____ entered against you. This intent is based on
                                       (Deportation / exclusion / removal)
the following determinations:

    1. You are an alien subject to a prior order of deportation / exclusion / removal entered on _____**October 21, 2002**_____ at
        **San Diego, CA**_____.
            (Location)

    2. You have been identified as an alien who:

        ☒ was removed on ___**October 21, 2002**___ pursuant to an order of deportation / exclusion / removal.
                         (Date)

        ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
                                  (Date)
        after the date on which such order took effect (i.e., who self-deported).

    3. You illegally reentered the United States on or about ___**March 1, 2003**___ at or near **Otay Mesa, California**
                                            (Date)                    (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* _____**ENGLISH**_____ *language.*

**CHRISTOPHER MITCHELL**
(Printed or typed name of official)

                                        (Signature of officer)

**IMMIGRATION ENFORCEMENT AGENT**
                                 (Title of officer)

---

### Acknowledgment and Response

I ☐ do/ ☒ do not wish to make a statement contesting this determination.

**7/28/03**
(Date)
                                        (Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**July 28, 2003**          **SAN DIEGO, CA**
(Date)                    (Location)                        (Signature of authorized deciding INS official)

**WAYNE WILLS**
(Printed or typed name of official)          **ASSOCIATE SPECIAL AGENT IN CHARGE**
                                         (Title)

69

Form I-871 (Rev. 6-5-97)

# EXHIBIT 7

## "Form I-851"

**Notice of Intent to Issue a Final Administrative Removal Order**

**In removal proceedings under section 238(b) of the Immigration and Nationality Act**

File Number:    A90 825 759

To: FAJARDO, Juan Carlos Hernandez    AKA: Juan Fajardo

Address: Calipatria State Prison, 7018 Blair Road, Calipatria, California. 92233
(Number, Street, City, State and ZIP Code)

Telephone: (760) 348-7000
(Area Code and Phone Number)

Pursuant to section 238(b) of the Immigration and Nationality Act (Act) as amended, 8 USC 1228(b), the Department of Homeland Security (Department) has determined that you are amenable to expedited administrative removal proceedings. The determination is based upon the following allegations:

1. You are not a citizen or national of the United States.

2. You are a native of Mexico and citizen of Mexico.

3. You entered the United States (at)(near) Nogales, Arizona on or about 9/1/2004.

4. At that time, you **entered without Inspection**.

5. You are not lawfully admitted for permanent residence.

6. You were, on 11/9/2004, convicted in the Superior Court of California, County of San Diego, for the offense of Corporal Injury to Spouse in violation of Section 273.5(a) of the California Penal Code; for that offense the term of imprisonment imposed was 2 years.

**Charge**:
You are deportable under Section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in Section 101(a)(43)(F) of the Act, 8 USC 1101(a)(43)(F).

Based upon section 238(b) of the Act, the Department is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

**Your Rights and Responsibilities**
You may be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, you may contact legal counsel from the list of available free legal services provided to you.

You must respond to the above charges in writing to the Department address provided below within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). **The Department must RECEIVE your response within that time period.**

In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; designate the country to which you choose to be removed in the event that a final order of removal is issued (which designation the Department will honor only to the extent permitted under section 241 of the Act, 8 U.S.C. 1231); and/or, if you fear persecution in any specific country or countries on account of race, religion, nationality, membership in a particular social group, or political opinion or, if you fear torture in any specific country or countries, you may request withholding of removal under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), or withholding/deferral of removal under the Convention Against Torture. A grant of withholding or deferral of removal would prohibit your return to a country or countries where you would be persecuted or tortured, but would not prevent your removal to a safe third country.

You have the right to remain in the United States for 14 calendar days so that you may file for review of this order to the appropriate U.S. Circuit Court of Appeals as provided for in section 242 of the Act, 8 U.S.C. 1252. You may way your right to remain in the United States for this 14-day period. If you do not file a petition for review within this 14-day period, you will still be allowed to file a petition from outside of the United States so long as that petition is filed with the appropriate U.S. Circuit Court of Appeals within 30 calendar days of the date of your final order of removal.

L. Tanori-Amarillas                    Calipatria, California              0700   10/31/05
SDDO
(Signature and Title of Issuing Officer)    (City and State of Issuance)                (Date and Time)

Form I-851 (rev. 10/03) N

52

# EXHIBIT 8

## "Indictment"

FILED

07 OCT 31 PM 4:46

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

07 CR 2973 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | <u>I N D I C T M E N T</u> |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JUAN CARLOS FAJARDO-HERNANDEZ, | |
| Defendant. | |

The grand jury charges:

On or about August 7, 2007, within the Southern District of California, defendant JUAN CARLOS FAJARDO-HERNANDEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

DDL:fer:San Diego
10/29/07

1        It is further alleged that defendant JUAN CARLOS

2    FAJARDO-HERNANDEZ, was removed from the United States subsequent to

3    December 13, 2004.

4        DATED: October 31, 2007.

5                                    A TRUE BILL:

6

7

8                                    Foreperson.

    KAREN P. HEWITT
9        United States Attorney

10

11       By:

12       DAVID D. LESHNER
    Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28