JOHN R. FIELDING, JR.,
California Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 233-0467

Attorney for Defendant
FAJARDO-HERNANDEZ


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:07-cr-02973-H |
| | ) |
| Plaintiff, | ) **JOINT MOTION TO CONTINUE MOTION** |
| | ) **HEARING DATE** |
| vs. | ) |
| | ) |
| JUAN CARLOS FAJARDO-HERNANDEZ, | ) DATE:    June 2, 2008 |
| | ) TIME:    2:00 p.m. |
| Defendant. | ) |
| | ) |
| _____ | ) |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY AND PAUL L. STARITA,
ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that the parties in the above matter request that the Motion

Hearing, currently set for April 21, 2008 at 2:00 p.m., be reset to Monday, June 2, 2008 at 2:00

p.m.  The defendant, Mr. Fajardo-Hernandez, is in custody, and both parties agree that the time is

excludable for the purposes of the Speedy Trial Act because a contested motion has been filed.

///

///

///

///

Dated: April 17, 2008                    Respectfully submitted,

                                         Signed: */s/ John Fielding*
                                         John R. Fielding, Jr.
                                         Attorney for Defendant
                                         jfieldingattyatlaw@yahoo.com


                                         Signed: */s/ Paul Starita*
                                         Paul L. Starita
                                         Attorney for Plaintiff
                                         Paul.Starita@usdoj.gov