JOHN R. FIELDING, JR.,
California Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 233-0467
jfieldingattyatlaw@yahoo.com

Attorney for Defendant FAJARDO-HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 3:07-cr-02973-H |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| JUAN CARLOS FAJARDO-HERNANDEZ, ) | |
| ) | |
| Defendant ) | |
| ) | |

    I, the undersigned, declare:  That I am over eighteen years of age, a resident of the County of San Diego, State of California, and I am not a party in the within action; that my business address is: 402 W. Broadway, Suite 1700, San Diego, CA 92101.

    That I caused to be served the within **JOINT MOTION TO CONTINUE MOTION HEARING DATE** on the Untied States Attorney's Office, by electronically filing the document with the Clerk of the United States District Court for the Southern District of California, 880 Front Street, San Diego, California 92101, using its ECF System, which electronically notifies them.

    I certify that the foregoing is true and correct. Executed April 17, 2008, at San Diego, California.

1  Dated: April 17, 2008                              /s/John R. Fielding
2                                                     John R. Fielding, Jr.
                                                      Attorney for Defendant
3                                                     jfieldingattyatlaw@yahoo.com
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28