JOHN R. FIELDING, JR.
California Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 233-0467

Attorney for Defendant
FAJARDO-HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:07-cr-02973-H |
| Plaintiff, | ) **JOINT MOTION TO CONTINUE MOTION HEARING DATE** |
| vs. | ) |
| JUAN CARLOS FAJARDO-HERNANDEZ, | ) DATE:   July 14, 2008 |
| Defendant. | ) TIME:   2:00 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY AND PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that the parties in the above matter request that the Motion Hearing, currently set for June 2, 2008 at 2:00 p.m., be reset to Monday, July 14, 2008 at 2:00 p.m. The defendant, Mr. Fajardo-Hernandez, is in custody, and both parties agree that the time is excludable for the purposes of the Speedy Trial Act because a contested motion has been filed.

///

///

///

///

Dated: May 23, 2008

Respectfully submitted,

Signed: */s/ John Fielding*
John R. Fielding, Jr.
Attorney for Defendant
jfieldingattyatlaw@yahoo.com

Signed: */s/ Paul Starita*
Paul L. Starita
Attorney for Plaintiff
Paul.Starita@usdoj.gov