UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:07-cr-02973-H |
| Plaintiff, | ) **ORDER TO CONTINUE MOTION** |
| | ) **HEARING DATE** |
| vs. | ) |
| JUAN CARLOS FAJARDO-HERNANDEZ, | ) DATE:    July 14, 2008 |
| | ) TIME:    2:00 p.m. |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the Motion Hearing, currently set for June 2, 2008 at 2:00 p.m., be reset to **Monday, July 14, 2008 at 2:00 p.m.** The defendant, Mr. Fajardo-Hernandez, is in custody, and both parties agree that the time is excludable for the purposes of the Speedy Trial Act because a contested motion has been filed.

IT IS SO ORDERED:

Dated:   May 28, 2008

Hon. Marilyn L. Huff, District Judge
United States District Court