```
 1  KAREN P. HEWITT
    United States Attorney
 2  MARK R. REHE
    Assistant U.S. Attorney
 3  California State Bar No. 192517
    Telephone: (619) 557-6248
 4  880 Front Street, Room 6293
    San Diego, California  92101-8800
 5
    Attorneys for Plaintiff
 6  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Hon. Marilyn L. Huff, District Judge

| UNITED STATES OF AMERICA, | Case No. 07CR2973-H |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| JUAN CARLOS FAJARDO-HERNANDEZ, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

PAUL L. STARITA

1  Effective this date, the following attorneys are no longer associated with this case
2  and should not receive any further Notices of Electronic Filings relating to activity in this
3  case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF,
4  please terminate this association):
5  Name (If none, enter "None" below)
6  U.S. Attorney CR
7  Please call me if you have any questions about this notice.
8  DATED: July 8, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/MARK R. REHE*

MARK R. REHE
Assistant U.S. Attorney

Attorneys for Plaintiff
United States of America
Email:mark.rehe@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>JUAN CARLOS FAJARDO-HERNANDEZ<br>　　　　　　Defendant. | Case No. 07-CR-2973-H<br><br>PROOF OF SERVICE |

IT IS HEREBY CERTIFIED that:

I am a citizen of the United States, over the age of 18 years, and a resident of San Diego County, California; my business address is Office of the United States Attorney, 880 Front Street, Room 6293, San Diego, California, 92101-8893; and I am not a party to the above-entitled action.

On this date, I served the following document(s) described as:

NOTICE OF APPEARANCE (AUSA MARK R. REHE)

 X   E-mail / ECF by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the recipient via e-mail, as indicated below:

John R Fielding, Jr
Law Offices of John R Fielding
402 West Broadway, Suite 1700
San Diego, CA 92101
　　jfieldingattyatlaw@yahoo.com

United States Mail to non-ECF participants by causing a true copy thereof to be placed in a sealed envelope, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California, addressed as indicated below. I am "readily familiar" with this office's practice of collection and processing of correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business:
(N/A)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July 8, 2008, at San Diego, California.

　　　　　　　　　　　　　　　　　　/s/ MARK R. REHE

　　　　　　　　　　　　　　　　　　MARK R. REHE

05-CR-2295