# Exhibit A

Form I-851 (Notice of Intent to Issue a Final
Administrative Removal Order, signed 11/2/05)

Notice of Intent to Issue a Final Administrative Removal Order

In removal proceedings under section 238(b) of the Immigration and Nationality Act

File Number:    A90 825 759

To:  FAJARDO, Juan Carlos Hernandez      AKA: Juan Fajardo

Address:  Calipatria State Prison, 7018 Blair Road, Calipatria, California.  92233
                    (Number, Street, City, State and ZIP Code)
Telephone: (760) 348-7000
                  (Area Code and Phone Number)

Pursuant to section 238(b) of the Immigration and Nationality Act (Act) as amended, 8 USC 1228(b), the Department of Homeland Security (Department) has determined that you are amenable to expedited administrative removal proceedings.  The determination is based upon the following allegations:

1.   You are not a citizen or national of the United States.

2.   You are a native of Mexico and citizen of Mexico.

3.   You entered the United States (at)(near) Nogales, Arizona on or about 9/1/2004.

4.   At that time, you **entered without inspection**.

5.   You are not lawfully admitted for permanent residence.

6.   You were, on 11/9/2004, convicted in the Superior Court of California, County of San Diego, for the offense of Corporal Injury to Spouse in violation of Section 273.5(a) of the California Penal Code; for that offense the term of imprisonment imposed was 2 years.

**Charge:**
You are deportable under Section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in Section 101(a)(43)(F) of the Act, 8 USC 1101(a)(43)(F).

Based upon section 238(b) of the Act, the Department is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

**Your Rights and Responsibilities**
You may be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding.  If you wish legal advice and cannot afford it, you may contact legal counsel from the list of available free legal services provided to you.

You must respond to the above charges in writing to the Department address provided below within 10 calendar days of service of this notice (or 13 calendar days if service is by mail).  **The Department must RECEIVE your response within that time period.**

In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; designate the country to which you choose to be removed in the event that a final order of removal is issued (which designation the Department will honor only to the extent permitted under section 241 of the Act, 8 U.S.C. 1231); and/or, if you fear persecution in any specific country or countries on account of race, religion, nationality, membership in a particular social group, or political opinion or, if you fear torture in any specific country or countries, you may request withholding of removal under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), or withholding/deferral of removal under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture).  A grant of withholding or deferral of removal would prohibit your return to a country or countries where you would be persecuted or tortured, but would not prevent your removal to a safe third country.

You have the right to remain in the United States for 14 calendar days so that you may file for review of this order to the appropriate U.S. Circuit Court of Appeals as provided for in section 242 of the Act, 8 U.S.C. 1252. You may way your right to remain in the United States for this 14-day period. If you do not file a petition for review within this 14-day period, you will still be allowed to file a petition from outside of the United States so long as that petition is filed with the appropriate U.S. Circuit Court of Appeals within 30 calendar days of the date of your final order of removal.

L. Tanori-Amarillas
SDDO
(Signature and Title of Issuing Officer)

Calipatria, California
(City and State of Issuance)

0700    10/31/05
(Date and Time)

Form I-851 (rev. 10/03) N
52

## Certificate of Service

This Notice of Intent, I have determined that the person served with this document is the individual named on the other side of the form.

_Joe R. McCormack_ _____ Immigration Enforcement Agent     _11-2-05_     Personal Service
(Signature and Title of Officer)     (Date and Manner of Service)

☐ I explained and/or served this Notice of Intent to the alien in the     English     Spanish     language.

_____     ✓ (Signature of Interpreter)
(Name of Interpreter)

Location/Employer: Calipatria State Prison, 7018 Blair Road, Calipatria, California  92233.

I Acknowledge that I Have Received this Notice of Intent to Issue a Final Administrative Removal Order.

✗ _Juan Fajardo Jr_     _11-2-05   0950 A_
(Signature of Respondent)     (Date and Time)

☐ Alien refused to acknowledge receipt of this document.

_____     _____
(Signature and Title of Officer)     (Date and Time)

### ☐ I Wish to Contest and/or to Request Withholding of Removal

☐ I contest my deportability because:  (Attach any supporting documentation):

    ☐ I am a citizen or national of the United States.
    ☐ I am a lawful permanent resident of the United States.
    ☐ I was not convicted for the criminal offense described in allegation number 6 above.
    ☐ I am attaching documents in support of my rebuttal and request for further review.

☐ I request withholding or deferral of removal to _____ [Name of Country or Countries]:

    ☐ Under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.

    ☐ Under the Convention against Torture, because I fear torture in that country or those countries.

_____     _____     _____
(Signature of Respondent)     (Printed Name of Respondent)     (Date and Time)

### ☒ I Do Not Wish to Contest and/or to Request Withholding of Removal

☒ I admit the allegations and charge in the Notice of Intent.  I admit that I am deportable and acknowledge that I am not eligible for any form of relief from removal.  I waive my right to rebut and contest the above charges.  I do not wish to request withholding or deferral of removal.  I wish to be removed to:

    Mexico

☒ I understand that I have the right to remain in the United States for 14 calendar days in order to apply for judicial review. I do not wish this opportunity. I waive this right.

✗ _Juan Fajardo Jr_     _Fajardo, Juan Carlos Hernandez_     _11-2-05   0950 A_
(Signature of Respondent)     (Printed Name of Respondent)     (Date and Time)

_Joe R. McCormack_     _Jack R. McCormack_     _11-2-05   0950 A_
(Signature of Witness)     (Printed Name of Witness)     (Date and Time)

### RETURN THIS FORM TO:
Department of Homeland Security
Calipatria State Prison
7018 Blair Road
Calipatria, California  92233

ATTENTION:  The Department office at the above address must RECEIVE your response within 10 calendar days from the date of service of this notice of Intent (13 calendar days if service is by mail).

Form I-851 (Rev. 10/03)  53

# Exhibit B

Form I-851A (Final Administrative Removal Order,
dated 11/3/05 and served 11/4/05)



# Final Administrative Removal Order

### In removal proceedings under section 238(b) of the Immigration and Nationality Act

File Number: A90 825 759

Date: 10/20/2005

To: FAJARDO, Juan Carlos Hernandez   AKA: Juan Fajardo

Address: Calipatria State Prison, 7018 Blair Road, Calipatria, California. 92233
<span>(Number, Street, City, State and ZIP Code)</span>

Telephone: (760) 348-7000
<span>(Area Code and Phone Number)</span>

## ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Service Officer of the Department of Homeland Security, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you were not lawfully admitted for permanent residence. I further find that you have a final conviction for an aggravated felony as defined by Section 101(a)(43)(F) of the Act, as amended 8 USC 1101(a)(43)(F) and are ineligible for any relief from removal that the Secretary of Homeland Security, may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to Section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii). By the power and authority vested in the Secretary of Homeland Security, and in me as the Secretary's delegate under the laws of the United States, I find you deportable as charged, and order that you be removed from the United States to:

Mexico

or to any alternate country prescribed by section 241 of the Act.

(Signature of Authorized Official)
Johnny N. Williams
Supervisory Detention and Deportation Officer
(Title of official)
El Centro, California 92243
(Date and office location)

## Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above-named individual.

NOV 4 2005   1350   Calipatria State Prison, 7018 Blair Road, Calipatria, CA 92233   Personal Service
(Date, time, place and manner of service)

Immigration Enforcement Agent
(Signature and title of officer)

Form I-851A (Rev. 10/03) N

47

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit C

Form I-205 (Executed Warrant of Removal,
dated 11/14/05)

U.S. Department of Homeland Security
Immigration and Customs Enforce.

File No: A90 825 759

Date:    NOV 1 4 2005

**To any officer of the United States Immigration and Customs Enforcement:**

### FAJARDO, Juan Carlos Hernandez

(Full name of alien)

who entered the United States at <u>Nogales, Arizona</u>   on   <u>9/1/2004</u>
                                    (Place of entry)                  (Date of entry)

is subject to removal/deportation from the United States, base upon a final order by:

- ☐   an immigration judge in exclusion, deportation, or removal proceedings
- ☒   a district director or a district director's designated official
- ☐   the Board of Immigration Appeals
- ☐   a United States District or Magistrate court Judge

and pursuant to the following provisions of the Immigration and Nationality Act;

237(a)(2)(A)(iii) of the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(F) of the Act.

I, the undersigned officer of the United States by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: Appropriations, "Salaries & Expenses" Immigration and Naturalization Service, 1997 including the expense of an attendant, if necessary

12374/9S

_(signature)_

<u>Ronald J. Smith</u>
(Signature of INS official)

<u>Field Director</u>
(Title of INS official)

<u>San Diego, California</u>
(City and State)



Form I-205 (Rev 4-1-97)

To be completed by Service officer executing the warrant:
Name of alien being removed   FAJARDO, Juan Carlos Hernandez

Port, date, and manner of removal: _*Calexico*_ POE, [NOV 14 2005], VIA _ATOT_
                                                              (Date)



Photograph of alien
removed



Right index fingerprint
of alien removed

X _(signature)_
(Signature of alien being fingerprinted)

_(signature)_   IEA
(Signature and title of INS official taking print)

Departure witnessed by: _(signature)_   IEA 885
                        (Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here ☐

Departure Verified by: _____
                        (Signature and title of INS official)

# Exhibit D

Conviction Documents
(for Cal. Penal Code § 273.5(a) Conviction
that was incurred on 11/9/04)



COPY
IN CUSTODY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## SOUTH COUNTY DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA,

                                          Plaintiff,

                    v.

JUAN CARLOS FAJARDO, —T/N

*dob 10/28/76, Booking No. 04148689A;*

                                          Defendant

CT No.  CS189096
DA No.  BAP537

DOMESTIC VIOLENCE

COMPLAINT-FELONY

---

INFORMATION

Date:  _____

---

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|-------|--------|------------|----------------|---------------------|-------------------|
| 1 | PC273.5(a) | Felony | 2-4-5 | | |
| | FAJARDO, JUAN CARLOS | | | PC273.5(e) | |
| 2 | PC273.6(a) | Felony | 16-2-3 | | |
| | FAJARDO, JUAN CARLOS | | | PC273.6(d) | |
| | PC1054.3 | | INFORMAL REQUEST FOR DISCOVERY | | |

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):



# CHARGES

## COUNT 1 - CORPORAL INJURY TO SPOUSE AND/OR ROOMMATE, REPEAT OFFENDER, DOMESTIC VIOLENCE

On or about October 29, 2004, JUAN CARLOS FAJARDO did willfully and unlawfully inflict a corporal injury resulting in a traumatic condition upon Maria Sahagun Fajardo, who was then and there the spouse of the defendant, in violation of PENAL CODE SECTION 273.5(a).

And it is further alleged that within seven years of the commission and attempted commission of the above offense, the said the defendant JUAN CARLOS FAJARDO, was previously convicted of a violation of PC273.5, case No. SCN171464 within the meaning of PENAL CODE SECTION 273.5(e) .

## COUNT 2 - DISOBEYING COURT ORDER, PRIOR

On or about October 29, 2004, JUAN CARLOS FAJARDO did willfully, unlawfully and knowingly violate a court order obtained to prevent domestic violence and disturbance of the peace, in violation of PENAL CODE SECTION 273.6(a).

And it is further alleged that within seven years of the commission of the above offense, involving an act of violence and a credible threat of violence, said defendant was previously convicted of a violation of Penal Code section 273.6(a), within the meaning of PENAL CODE SECTION 273.6(d).

# PRIORS

*JUAN CARLOS FAJARDO:*

PROBATION DENIAL PRIORS

And it is further alleged that said defendant, JUAN CARLOS FAJARDO, was previously convicted twice or more in this state of a felony, and in any other place of a public offense which if committed in this state would be punished as a felony, within the meaning of PENAL CODE SECTION 1203(e)(4).

| Charge | Date of Conviction | Court Number | Court | County | State |
|--------|-------------------|--------------|-------|--------|-------|
| PC496(A) | 12/17/1996 | SCN053527 | Superior Court | San Diego | CA |
| HS11377(A) | 10/10/2002 | SCN151756 | Superior Court | San Diego | CA |
| PC273.5(A) | 12/30/2003 | SCN171464 | Superior Court | San Diego | CA |



NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

The People reserve the right to amend the accusatory pleading to further allege any and all facts in aggravation in light of Blakely v. Washington (6/24/2004) ___ U.S. ___ [124 S.Ct. 2531, 2004 WL 1402697].

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CS189096, CONSISTS OF 2 COUNTS.

Executed at Chula Vista, County of San Diego, State of California, on November 3, 2004.

_____
COMPLAINANT

INFORMATION

                    BONNIE M. DUMANIS
                    District Attorney
                    County of San Diego
                    State of California
                    by:

_____
Date

                    _____
                    Deputy District Attorney

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF COURT CERTIFIED DOCUMENT(S) ON FILE WITH THE CALIFORNIA DEPARTMENT OF CORRECTIONS 02/08/2005 U.S. IMMIGRATION OFFICER

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

☒ SUPERIOR   COURT OF CALIFORNIA, COUNTY OF **SAN DIEGO**
☐ MUNICIPAL   BRANCH OR JUDICIAL DISTRICT   **SOUTH COUNTY**

| PEOPLE OF THE STATE OF CALIFORNIA vs. | | |
|---|---|---|
| DEFENDANT: **JUAN FAJARDO** DOB: **10-28-76** | **SCS189096** | -A |
| AKA: | **SCN151756** | -B |
| CII#: **10995220** | **SCN171464** | -C |
| BOOKING #: **04148689**    ☐ NOT PRESENT | | |
| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT    ☐ AMENDED ABSTRACT | | -D |

| DATE OF HEARING **11-30-04** | DEPT. NO. **16** | JUDGE **JEFFREY F. FRASER** |
|---|---|---|
| CLERK **C. SARNO** | REPORTER **J. DAMRON** | PROBATION NO. OR PROBATION OFFICER **781498** |
| COUNSEL FOR PEOPLE **E. CAMARENA** | COUNSEL FOR DEFENDANT **R. ARAGON** | ☒ APPTD. |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   _____ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A | PC | 273.5(A) | CORPORAL INJRY TO SPOUSE | 2004 | 11-09-04 | | | X | L | | | | | | | 2 | 0 |
| 1B | HS | 11377(A) | POSS. OF A CONTROLLED SUB | 2002 | 10-12-02 | | | X | M | X | | | | | | {2} | {0} |
| 1C | PC | 273.5(A) | CORPORAL INJRY TO SPOUSE | 2003 | 01-29-04 | | | X | L | X | | | | | | {2} | {0} |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: _____

7. ☐ Additional indeterminate term (See CR-292).

8. TOTAL TIME: **2** **0**

THIS IS A TRUE AND CORRECT COPY OF COURT CERTIFIED DOCUMENT(S) ON FILE WITH THE CORRECTIONS CALIFORNIA DEPARTMENT OF CORRECTIONS

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.
(Continued on reverse)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Form Adopted by the
Judicial Council of California
CR –290 (Rev. January 1, 1999)

Penal Code
§§ 1213, 1213.5

55

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **JUAN FAJARDO**

| SCS189096 -A | SCN151756 -B | SCN171464 -C | -D |
|---|---|---|---|

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of: $1,000 per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of: $1,000 per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of: $_____ per PC 1202.4(f) to ☐ victim(s)* ☐ Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 11, below.)
      (1) ☐ Amount to be determined.
      (2) ☐ Interest rate of: ___% (not to exceed 10% per PC 1202.4(f)(3)(F)).
   d. ☐ LAB FEE of: $____ for counts: _____ per H&SC 11372.5(a).
   e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).
   f. ☐ FINE of $___ per PC 1202.5.

10. TESTING
    a. ☒ AIDS pursuant to   ☐ PC 1202.1   ☐ other (specify):
    b. ☐ DNA  pursuant to   ☐ PC 290.2   ☐ other (specify):

11. Other orders (specify):
$20.00 COURT SECURITY FEE IMPOSED.

12. Execution of sentence imposed
    a. ☒ at initial sentencing hearing. **A**            d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    b. ☐ at resentencing per decision on appeal.        e. ☐ other (specify):
    c. ☒ after revocation of probation. **B,C**

13. CREDIT FOR TIME SERVED

| CASE NUMBER | | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|---|
| SCS189096 | -A | 45 | 31 | 14 | ☒ 4019 ☐ 2933.1 |
| SCN151756 | -B | 392 | 262 | 130 | ☒ 4019 ☐ 2933.1 |
| SCN171464 | -C | 289 | 193 | 96 | ☒ 4019 ☐ 2933.1 |
| | -D | | | | ☐ 4019 ☐ 2933.1 |

DATE SENTENCE PRONOUNCED: - -      SERVED TIME IN STATE INSTITUTION: ☐ DMH    ☐ CDC    ☐ CRC

14. The defendant is remanded to the custody of the sheriff   ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.

To be delivered to   ☒ the reception center designated by the director of the California Department of Corrections.
                     ☐ other (specify): _____

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| T. GARCIA | 12-07-04 |

CR-290 (Rev. January 1, 1999)    **ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**    Page two