|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>  v.<br><br>JUAN CARLOS FAJARDO-HERNANDEZ<br><br>            Defendant. | Case No. 07-CR-2973-H<br><br>PROOF OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED that:

I am a citizen of the United States, over the age of 18 years, and a resident of San Diego County, California; my business address is Office of the United States Attorney, 880 Front Street, Room 6293, San Diego, California, 92101-8893; and I am not a party to the above-entitled action.

On this date, I served the following document(s) described as:

EXHIBITS A-D TO UNITED STATES OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS INDICTMENT

_X_ E-mail / ECF by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the recipient via e-mail, as indicated below:

John R Fielding, Jr
Law Offices of John R Fielding
402 West Broadway, Suite 1700
San Diego, CA 92101
      jfieldingattyatlaw@yahoo.com

United States Mail to non-ECF participants by causing a true copy thereof to be placed in a sealed envelope, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California, addressed as indicated below. I am "readily familiar" with this office's practice of collection and processing of correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business:
(N/A)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July 8, 2008, at San Diego, California.

                                                    /s/ MARK R. REHE
                                                    MARK R. REHE