AUG 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN CARLOS FAJARDO-HERNANDEZ,<br><br>    Defendant. | Criminal Case No. 07CR2973-H<br><br>SUPERSEDING INFORMATION<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor)<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony)<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about November 24, 2003, within the Southern District of California, defendant JUAN CARLOS FAJARDO-HERNANDEZ being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//
//
//

## Count 2

In or about April of 2007, within the Southern District of California, defendant JUAN CARLOS FAJARDO-HERNANDEZ being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about August 7, 2007, within the Southern District of California, defendant JUAN CARLOS FAJARDO-HERNANDEZ being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _August 11_, 2008

KAREN P. HEWITT
United States Attorney

PAUL L. STARITA
Assistant U.S. Attorney