AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JUAN CARLOS FAJARDO-HERNANDEZ | CASE NUMBER: 07CR2973-H |

I, JUAN CARLOS FAJARDO-HERNANDEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor), Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony), and Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 8/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

AUG 26 2008